UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>1.85 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; THE ALICE M. JOHNSON FAMILY TRUST; JUDY EKDAHL; GAIL ROJAS; JOY PHOENIX; ESTATE OF ALICE M. JOHNSON; THE ESTATE OF OR UNKNOWN HEIRS OF HAROLD H. JOHNSON, DECEASED; IMPERIAL IRRIGATION DISTRICT; AND IMPERIAL COUNTY TAX COLLECTOR,<br><br>                              Defendants. | Case No.:  19-cv-1507-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

      On August 12, 2019, Plaintiff United States of America filed: (1) a Complaint in Condemnation for the taking of approximately 1.85 acres of land in Imperial County (ECF No. 1); (2) a Declaration of Taking (ECF No. 3); (3) a Notice of Condemnation (ECF

4); and (4) an *Ex Parte* Motion to Deposit Funds (ECF No. 5). On August 20, 2019, the Court issued an Order directing the Clerk of the Court to deposit $2,800 submitted by the United States into an interest-bearing account. (ECF No. 9).

On November 5, 2019, the United States filed executed Waivers of Service as to interested parties Alice M. Johnson, Imperial County Tax Collector, and Imperial Irrigation District. (ECF Nos. 11-13).

On November 8, 2019, Imperial County Tax Collector filed an Answer to the Complaint. (ECF No. 14). On September 4, 2020, Imperial County Tax Collector filed a Disclaimer of Interest. (ECF No. 16).

On September 22, 2021, the United States filed a Notification of Death Upon the Record as to Alice M. Johnson (ECF No. 32) and a Motion to Substitute The Alice M. Johnson Family Trust, the Estate of Alice M. Johnson, and Alice M. Johnson's three living children—Judy Ekdahl, Gail Rojas, and Joy Phoenix—as interested parties in this action (ECF No. 33). The Court granted the Motion to Substitute on September 23, 2021. (ECF No. 34).

On December 6, 2021, the United States filed executed Waivers of Service as to interested parties The Alice M. Johnson Family Trust, Joy Phoenix, and Estate of Alice M. Johnson. (ECF Nos. 36-38). On December 7, 2021, the United States filed an executed Waiver of Service as to interested party Judy Ekdahl. (ECF No. 39). On March 24, 2022, the United States filed an executed Waiver of Service as to interested party Gail Rojas. (ECF No. 42).

Pursuant to the March 2, 2022 Status Report filed by the United States (ECF No. 41), all known interested parties have been served. Apart from Defendant Imperial County Tax Collector—which filed an Answer on November 8, 2019 (ECF No. 14), and then filed a Disclaimer of Interest on September 4, 2020 (ECF No. 16)—the docket reflects that no interested party has filed a notice of appearance or answer to the Complaint. *See* Fed. R. Civ. P. 71.1(e).

In accordance with Federal Rule of Civil Procedure 71.1(h) and Civil Local Rule 16.1, IT IS HEREBY ORDERED:

1. The Court will hold a bench hearing to determine just compensation on **July 8, 2022, at 10:00 a.m.** in Courtroom 14B. Any party may file a motion to appear at the hearing telephonically no later than seven (7) days prior to the hearing.

2. If it has not already done so,[1] each party appearing shall file a memorandum of contentions of fact and law as required by Local Rule 16.1(f)(2) no later than **July 1, 2022**.

3. Each party appearing shall file a summary statement of comparable transactions *in camera* and a statement as to just compensation as required by Civil Local Rule 16.1(f)(3)(d) no later than **July 1, 2022**.

4. No later than **June 17, 2022**, the United States shall serve a copy of this Order on each Defendant, regardless of whether it has previously appeared or answered. The United States shall file proof of service prior to the hearing. At the hearing on July 8, 2022, each "defendant—whether or not it has previously appeared or answered—may present evidence on the amount of compensation to be paid and may share in the award." Fed. R. Civ. P. 71.1(e)(3).

Dated: May 20, 2022

Hon. William Q. Hayes
United States District Court

---

[1] The United States filed a Memorandum of Contentions of Fact and Law on November 5, 2020. (ECF No. 21).