# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>1.85 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; THE ALICE M. JOHNSON FAMILY TRUST; JUDY EKDAHL; GAIL ROJAS; JOY PHOENIX; ESTATE OF ALICE M. JOHNSON; THE ESTATE OF OR UNKNOWN HEIRS OF HAROLD H. JOHNSON, DECEASED; IMPERIAL IRRIGATION DISTRICT; AND IMPERIAL COUNTY TAX COLLECTOR,<br><br>                              Defendants. | Case No.: 19-cv-1507-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

   IT IS HEREBY ORDERED that the bench hearing to determine just compensation set for July 8, 2022, is RESET to **August 4, 2022, at 1:30 PM** in Courtroom 14B. Any party may file a motion to appear at the hearing telephonically no later than seven (7) days

1

1 prior to the hearing. No later than **July 13, 2022**, the United States shall serve a copy of
2 this Order on each Defendant, regardless of whether it has previously appeared or
3 answered. The United States shall file proof of service prior to the hearing.

4  Dated:  July 5, 2022

Hon. William Q. Hayes
United States District Court